IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| ESTATE OF CHARLES H. MURPHY, JR., DECEASED, ROBERT MADISON MURPHY and MARTHA W. MURPHY, EXECUTORS | | PLAINTIFF |
| VS. | CASE NO. 07-CV-1013 | |
| THE UNITED STATES OF AMERICA | | DEFENDANT |

## JUDGMENT

The Court has determined that judgment should be entered in this matter consistent with the agreements of the parties and with the Court's findings of fact and conclusions of law (Doc. No. 43), as described in the parties' Joint Motion for Entry of Judgment (Doc. No. 44). Accordingly, it is hereby ordered that judgment be entered in favor of the Plaintiff, Estate of Charles H. Murphy, Jr., Deceased, Robert Madison Murphy and Martha W. Murphy, Executors, and against the Defendant, United States of America, in the amount of $58,391,565.50,[1] plus interest according to law from June 30, 2010 until the judgment is paid. It is further ordered that the Plaintiff may recovery its costs for this action.

IT IS SO ORDERED, this 14th day of June, 2010.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge

---

[1] This amount includes a refund of tax and interest paid, plus interest on those amounts computed through June 30, 2010.